**No. 10-104. Ian A. Campbell, Petitioner v. Roy Cooper, Attorney General of North Carolina, et al.**

562 U.S. 893, 131 S. Ct. 297, 178 L. Ed. 2d 142, 2010 U.S. LEXIS 6216.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 368 Fed. Appx. 400.